UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| DILIPKUMAR PATEL,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | ) | Civil Action No. 3:26-CV-00134-CHB<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

*** *** *** ***

This matter is before the Court on Defendants U.S. Citizenship and Immigration Services and Joseph B. Edlow's Motion to Dismiss Complaint. [R. 8]. Instead of filing a responsive brief, Plaintiff Dilipkumar Patel timely filed an Amended Complaint, [R. 9], on May 20, 2026. *See* Fed. R. Civ. P. 15(a)(1)(B). The appropriate resolution for Defendants' Motion to Dismiss, [R. 8], is therefore its denial as moot. *See ComputerEase Software, Inc. v. Hemisphere Corp.*, No. 06–CV–247, 2007 WL 852103, *1 (S.D. Ohio Mar. 19, 2007) ("Since the amended complaint replaces the original complaint, the motion to dismiss the original complaint is moot . . . ."); *Wright v. Memphis Light, Gas & Water Div.*, No. 11–3071– STA– TMP, 2012 WL 3683484, at *1 (W.D. Tenn. Aug. 24, 2012); *Ky. Press Ass'n, Inc. v. Ky.*, 355 F. Supp. 2d 853, 857 (E.D. Ky. 2005). Defendants are ordered to respond to the Amended Complaint within fourteen (14) days from service of the amended complaint as required by Federal Rule of Civil Procedure 15(a)(3). Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Defendants U.S. Citizenship and Immigration Services and Joseph B. Edlow's Motion to Dismiss Complaint, [**R. 8**], is **DENIED as moot**.

2. Defendants **SHALL RESPOND** within fourteen (14) days from service of the Amended Complaint as required by Federal Rule of Civil Procedure 15(a)(3).

This the 26th day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record